PERRIS IRR. DIST. v. ESCHER et al.

(Circuit Court of Appeals, Ninth Circuit. May 4, 1914.)

No. 2357.

In Error to the District Court of the United States for the Southern Division of the Southern District of California; Olin Wellborn, Judge.

Action at law by Conrad Escher and Louis Rahn, copartners doing business as Escher & Rahn, against the Perris Irrigation District. From an order denying a motion to vacate a default judgment in favor of plaintiffs, and to dismiss the action, defendant brings error. Affirmed.

C. Hughes Jordan, Frank W. Stafford, and Kenyon F. Lee, all of Los Angeles, Cal., for plaintiff in error.

William M. Hiatt and Oscar C. Mueller, both of Los Angeles, Cal., for defendant in error.

Before GILBERT and ROSS, Circuit Judges, and VAN FLEET, District Judge.

PER CURIAM. The question in this case is the same as that in Perris Irrigation District, a Corporation, v. R. B. Turnbull, Administrator of the Estate of R. H. Thompson, Deceased (No. 2356) 215 Fed. 562, 132 C. C. A. 74, and, for the reasons there stated, the judgment is affirmed.